**Electronically Filed
Supreme Court
SCWC-29856
14-FEB-2012
10:12 AM**

NO. SCWC-29856

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MIHO HAIGLER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29856; FC-CR. NO. 08-1-2327)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on January 4, 2012, is hereby rejected.

DATED:  Honolulu, Hawai‘i, February 14, 2012.

Emmanuel V. Tipon of
The Tipon Law Firm, LLLC,
for petitioner/defendant-
appellant on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

